1 | John A. Kelly, Esq. (SBN 225961)
  | The Law Offices of John A. Kelly
2 | 414 1st St E Ste 7, Sonoma, CA 95476
  | Ph: (707) 935-6100
3 | Fax: (707) 581-7470

4 | William Francis Flahavan, Esq. (SBN: 50506)
  | Flahavan Law Offices
5 | 19528 Ventura Blvd #568, Tarzana, CA 91356
  | Ph: (818) 708-7894
6 | Fax: (818) 708-7894

7 | James A. Thompson, Esq. (SBN: 43136)
  | Thompson Law Offices
8 | 101 Wikiup Drive, Santa Rosa, CA 95403
  | Ph: (707) 575-7799
9 | Fax: (707) 575-9924

10 Attorneys for Chantha Vannalee and the Class.

FILED
07 DEC 20 PM 2:34

E-filing

11                    IN THE UNITED STATES DISTRICT COURT
12                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                              (OAKLAND DIVISION)

14 CHANTHA VANNALEE, individually            Case No.: C07-06429 BZ
   on behalf of herself and on behalf of all
15 others similarly situated, and on behalf   CERTIFICATION OF
   of the general public and DOES 1-20,      INTERESTED ENTITIES OR
16 inclusive,                                  PERSONS.

17        Plaintiffs,                          BY FAX

18        v.

19 GRANT THORNTON, LLP, an Illinois
   Limited Liability Partnership; DOES 1-
20 10, inclusive,

21        Defendants.

24    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

25 than the named parties, there is no such interest to report.

26

27 DATED: Thursday, December 20, 2007

28
                                                         John A. Kelly, Esq.
                                    Attorneys for Chantha Vanalee and the Class

---

CERTIFICATION OF INTERESTED ENTITIES OR    Vannalee et al. v. Grant Thornton, LLP
PERSONS.

10572457.tif - 12/20/2007 1:50:32 PM