FILED

JAN -4 PM 3:52

1  John A Kelly, Bar No: 225961          (707) 935-6100
2  L/O OF JOHN A. KELLY
   414 1ST ST E STE 7
3  SONOMA, CA 95476-6759

4  Representing: Plaintiff          File No. none

5
6
7
8                          United States District Court
9                          Northern District of California
10
11
12 Vannalee                                Case No: C07-06429 ADR BZ    BY FAX
13
14           Plaintiff/Petitioner           Proof of Service of:
                                              Civil Cover Sheet, Complaint, Summons,
15              vs                            Certification of Interested Entities or Persons,
                                              Notice of Assignment, Order Setting Initial
16 Grant Thorton, LLP                         Management Conference and ADR Deadlines,
                                              Standing Order, Consent to Proceed Before a
17                                            United States Magistrate Judge, Declination to
             Defendant/Respondent
18                                         Service on:
19                                            Grant Thornton LLP, an Illinois Limited Liability
                                              Partnership
20
21
                                           Hearing Date:
22
                                           Hearing Time:
23
                                           Div/Dept:
24
25
26
27
28

                                   PROOF OF SERVICE

FF# 6654061

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| John A Kelly, 225961<br>L/O OF JOHN A. KELLY<br>414 1ST ST E STE 7<br>SONOMA, CA 95476-6759<br>TELEPHONE NO.: (707) 935-6100<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

PLAINTIFF/PETITIONER: Vannalee

DEFENDANT/RESPONDENT: Grant Thorton, LLP

CASE NUMBER: C07-06429 ADR BZ

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: none

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Civil Cover Sheet, Complaint, Summons, Certification of Interested Entities or Persons, Notice of Assignment Order Setting Initial Management Conference and ADR Deadlines, Standing Order, Consent to Proceed Before United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge, District Court Office Hours ECF Registration Handout

3. a. Party served: Grant Thornton LLP, an Illinois Limited Liability Partnership

   *BY FAX*

   b. Person Served: Patrick D. Zorsch or Rich Simitian - Person authorized to accept service of process

4. Address where the party was served: 1000 Wilshire Blvd. Suite 700
   Los Angeles, CA 90017

5. I served the party
   b. **by substituted service.** On (date): January 2, 2008    at (time): 11:05 am    I left the documents listed in item 2 with or in the presence of: Stephen Quinn
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Grant Thornton LLP, an Illinois Limited Liability Partnership

   under:    Other: Limited Liability Partnership

7. **Person who served papers**
   a. Name:       Mario Lopez
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 61.25
   e. I am:
      (3) registered California process server.
         (i)   Employee or independent contractor.
         (ii)  Registration No. 5143
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: January 4, 2008

Mario Lopez
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6654061

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| John A Kelly, 225961<br>L/O OF JOHN A. KELLY<br>414 1ST ST E STE 7<br>SONOMA, CA 95476-6759 | (707) 935-6100 | |
| | Ref. No. or File No.<br>none | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

PLAINTIFF:
Vannalee

DEFENDANT:
Grant Thorton, LLP

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>C07-06429 ADR BZ |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On January 2, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**BY FAX**

Civil Cover Sheet, Complaint, Summons, Certification of Interested Entities or Persons, Notice of Assignment, Order Setting Initial Management Conference and ADR Deadlines, Standing Order, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge, District Court Office Hours, ECF Registration Handout

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

Grant Thornton LLP, an Illinois Limited Liability Partnership
Patrick D. Zorsch or Rich Simitian
1000 Wilshire Blvd., Suite 700
Los Angeles, CA 90017

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 61.25

Anthony Espinosa
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on January 4, 2008 at Los Angeles, California.

Anthony Espinosa

FF# 6654061