1  Bingham McCutchen LLP
   JAMES SEVERSON (SBN 67489)
2  james.severson@bingham.com
   JACQUELINE S. BRONSON (SBN 222169)
3  jacqueline.bronson@bingham.com
   Three Embarcadero Center
4  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
5  Facsimile:  415.393.2286

6  Attorneys for Defendant
   Grant Thornton LLP

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12 | Chantha Vannalee, individually on behalf of herself and on behalf of all others similarly situated, and on behalf of the general public and DOES 1-20, inclusive, | No. C07-06429 (BZ) |
| --- | --- |
|   | **DEFENDANT GRANT THORNTON LLP'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| Plaintiff, |   |
| v. |   |
| Grant Thornton, LLP, |   |
| Defendant. |   |

A/72389527.1

C07-06429
DEFENDANT GRANT THORNTON LLP'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2 persons, associations of persons, firms, partnerships, corporations (including parent corporations)
3 or other entities (i) have a financial interest in the subject matter in controversy or in a party to
4 the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could
5 be substantially affected by the outcome of this proceeding:

6    1.    Grant Thornton LLP is the U.S. member firm of Grant Thornton International.

DATED:   February 8, 2008

                                Bingham McCutchen LLP


                                By:      /s/ James Severson
                                       James Severson
                                     Attorneys for Defendant
                                     Grant Thornton, LLP