```
 1  BINGHAM McCUTCHEN LLP
    James Severson (SBN 67489)
 2  Jacqueline S. Bronson (SBN 222169)
    Three Embarcadero Center
 3  San Francisco, CA 94111
    Telephone (415) 393-2000
 4  Facsimile (415) 393-2286
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTHA VANNALEE, individually on behalf of herself and on behalf of all others similarly situated, and on behalf of the general public and DOES 1-20, inclusive, Plaintiff(s),<br><br>v.<br><br>GRANT THORNTON, LLP, an Illinois Limited Liability Partnership, DOES 1-10, inclusive, Defendant(s). | No. C 07-06429 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 1, 2008            Signature _____

Counsel for  Defendant
(Plaintiff, Defendant, or indicate "pro se")