Bingham McCutchen LLP
JAMES SEVERSON (SBN 67489)
james.severson@bingham.com
JACQUELINE S. BRONSON (SBN 222169)
jacqueline.bronson@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendant
Grant Thornton LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Chantha Vannalee, individually on behalf of herself and on behalf of all others similarly situated, and on behalf of the general public and DOES 1-20, inclusive,<br><br>Plaintiffs,<br>v.<br><br>Grant Thornton, LLP,<br><br>Defendant. | No. C07-06429 (BZ)<br><br>**DEFENDANT GRANT THORNTON LLP'S APPLICATION FOR CHANGE IN INITIAL CASE MANAGEMENT CONFERENCE DATE** |

Pursuant to paragraph 5 of the Court's Order Setting Case Management Conference, defendant Grant Thornton respectfully applies for a change in the date of the Initial Case Management Conference, presently set for April 3, 2008, at 3:30 p.m. The reason for this request is that Grant Thornton's principal counsel will be out of state during the period April 2 through April 8, 2008. *See* Declaration of James Severson, submitted herewith.

Defendant notes that its Answer was filed on February 8, 2008. The Court may therefore prefer, if this Application is granted, to advance the date of the Conference rather than continue it. *See* paragraph 5, third sentence, of the Court's Order Setting Case Management Conference.

A/72467781.1

1 | DATED: March 12, 2008

Bingham McCutchen LLP

By: /s/ James Severson
James Severson
Attorneys for Defendant
Grant Thornton, LLP