Bingham McCutchen LLP
JAMES SEVERSON (SBN 67489)
james.severson@bingham.com
JACQUELINE S. BRONSON (SBN 222169)
jacqueline.bronson@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendant
Grant Thornton LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Chantha Vannalee, individually on behalf of herself and on behalf of all others similarly situated, and on behalf of the general public and DOES 1-20, inclusive,<br><br>Plaintiffs,<br>v.<br><br>Grant Thornton, LLP,<br><br>Defendant. | No. C07-06429 (BZ)<br><br>**DECLARATION OF JAMES SEVERSON IN SUPPORT OF DEFENDANT GRANT THORNTON LLP'S APPLICATION FOR CHANGE IN CASE MANAGEMENT CONFERENCE DATE** |

I, James Severson, declare as follows:

1. I am a member of the firm of Bingham McCutchen LLP, counsel of record for defendant Grant Thornton LLP in this action. I make this declaration on personal knowledge in support of defendant's application for a change in the date of the Initial Case Management Conference, currently set for Thursday, April 3, 2008, at 3:30 p.m.

2. The basis for this request for a change in the conference date is that I have been scheduled for over a month to be out of state on a personal matter between April 2 and April 8, 2008, and therefore will not be able to attend the conference on April 3, 2008.

3. Defendant's Answer in this matter was filed on February 8, 2008. If this Application is granted, the Court may prefer, in accordance with the third sentence of paragraph

A/72467788.1

1  5 of the Court's Order Setting Case Management Conference, to advance the date of the
2  conference to the previous Thursday, March 27, 2008, rather than continue it to a later date. I
3  have another scheduling conflict on March 27, but will cancel it if the Court wishes the Case
4  Management Conference to proceed on that date.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed at San Francisco, California, on March 12, 2008.

                               /s/ James Severson
                                James Severson