1  Bingham McCutchen LLP
   JAMES SEVERSON (SBN 67489)
2  james.severson@bingham.com
   JACQUELINE S. BRONSON (SBN 222169)
3  jacqueline.bronson@bingham.com
   Three Embarcadero Center
4  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
5  Facsimile:  415.393.2286

6  Attorneys for Defendant
   Grant Thornton LLP

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | Chantha Vannalee, individually on behalf of herself and on behalf of all others similarly situated, and on behalf of the general public and DOES 1-20, inclusive, | No. C07-06429 (BZ) |
   | --- | --- |
   | Plaintiffs, | **PROOF OF SERVICE** |
   | v. | |
   | Grant Thornton, LLP, | |
   | Defendant. | |

<u>PROOF OF SERVICE</u>

I am over 18 years of age, not a party to this action and employed in the County of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

DEFENDANT GRANT THORNTON LLP'S APPLICATION FOR CHANGE IN INITIAL CASE MANAGEMENT CONFERENCE DATE

DECLARATION OF JAMES SEVERSON IN SUPPORT OF DEFENDANT GRANT THORNTON LLP'S APPLICATION FOR CHANGE IN CASE MANAGEMENT CONFERENCE DATE

by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows:

William Francis Flahavan, Esq.
Flahavan Law Offices
19528 Ventura Blvd., #568
Tarzana, CA 91356

James Arthur Thompson, Esq.
Thompson Law Offices
101 Wikiup Drive, #A
Santa Rosa, CA 95403

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 12, 2008.

_____
Wanda R. Dunmore

1