IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTHA VANNALEE, et al.,, <br><br> Plaintiff, <br><br> v. <br><br> GRANT THORNTON, LLP., <br><br> Defendant._____/ | No.  C 07-6429  VRW <br><br> **CLERK'S NOTICE** |

(Plaintiff is required to serve a copy of this notice, and file proof of service with the Court, on any party not appearing on the Notice of Electronic Filing  and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT, PER COUNSEL'S REQUEST, the Case Management Conference currently scheduled for April 3, 2008 has been **rescheduled to Thursday, April 24, 2008 at 3:30 p.m.**  To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10.  Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated:  March 13, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn Walker