UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  May 8, 2008

**C 07-6429  VRW**        Chantha Vannalee et al   v  Grant Thornton, LLP

Attorneys : For Plaintiff(s):   John Kelly

       For Defendant(s):    James Severson

Deputy Clerk: Cora Klein                              Reporter: not reported

PROCEEDINGS:

Case Management Conference - Held

SCHEDULE:

Further Case Management Conference:   September 18, 2008  at 3:30 p.m.

CLASS CERTIFICATION HEARING:   March 19, 2009  at 2:30 p.m.