Bingham McCutchen LLP
JAMES SEVERSON (SBN 67489)
james.severson@bingham.com
MARGARET A. DEGOOYER (SBN 234839)
margaret.degooyer@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendant
Grant Thornton, LLP

The Law Office of John A. Kelly
JOHN A. KELLY (SBN 225961)
922 1st Street W
Sonoma, CA 95476
Telephone: 707.935.6100
Facsimile: 707.581.7470

Attorneys for Plaintiff
Chantha Vannalee and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Chantha Vannalee, individually on behalf of herself and on behalf of all others similarly situated, and on behalf of the general public and DOES 1-20, inclusive,<br><br>    Plaintiffs,<br>    v.<br><br>Grant Thornton, LLP,<br><br>    Defendant. | No. C07-06429<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Further Case Management Conference: December 4, 2008 at 3:30 P.M. |

WHEREAS a further Case Management Conference is currently scheduled for September 18, 2008;

WHEREAS the parties have agreed to continue the further Case Management Conference scheduled for September 18, 2008 due to the parties' counsel's trial and vacation

A/72651940.1                                                                                            C07-06429

**STIPULATION AND [PROPOSED] ORDER CONTINUING
FURTHER CASE MANAGEMENT CONFERENCE**

1  schedules, and to allow the parties additional time to meet and confer about and conduct
2  discovery;

3  **IT IS HEREBY STIPULATED AND AGREED**:

4  The further Case Management Conference scheduled for September 18, 2008
5  shall be continued to ~~November 20, 2008~~.  December 4, 2008 at 3:30 P.M.

7  DATED:  September 16, 2008

8                                      Bingham McCutchen LLP

11                         By: /s/ _____
                                      James Severson
12                               Attorneys for Defendant
                                    Grant Thornton, LLP

14  DATED:  September 16, 2008

15                                  The Law Office of John A. Kelly

17                         By: /s/ _____
                                       John A. Kelly
18                               Attorneys for Plaintiff
19                          Chantha Vannalee and the Class

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22  DATED:  9/18/2008
23                         Hon. _____
                           Chief Judge, ____ District Court

*IT IS SO ORDERED AS MODIFIED*
*Judge Vaughn R Walker*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*