John A. Kelly, Esq. (SBN 225961)
The Law Offices of John A. Kelly
922 1st St W
Sonoma, CA 95476
Phone: (707) 935-6100
Fax: (707) 935-6181

William F. Flahavan, Esq. (SBN 50506)
19528 Ventura Boulevard #568
Tarzana, CA 91356
Phone: (818) 708-7894
Fax: (818) 708-7894

James A. Thompson, Esq. (SBN 43136)
101 Wikiup Drive
Santa Rosa, CA 95403
Phone: (707) 575-7799

Attorneys for Chantha Vannalee and the Class

Bingham McCutchen LLP
James Severson (SBN 67489)
james.severson@bingham.com
Alan R. Berkowitz (SBN 50112)
alan.berkowitz@bingham.com
Hoddy Potter (SBN 238507)
hoddy.potter@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendant
Grant Thornton, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTHA VANNALEE,<br><br>Plaintiff,<br>v.<br><br>GRANT THORNTON, LLP,<br><br>Defendant. | No. C-07-06429<br><br>[PROPOSED] ORDER STAYING ACTION PENDING RESOLUTION OF APPEAL BY NINTH CIRCUIT IN CAMPBELL V. PRICEWATERHOUSECOOPERS |

A/73088472.1/3303266-0000330895

1 | In accordance with the parties' Stipulation filed herewith, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. This action is stayed in its entirety pending the final resolution of the appeal in Campbell v. PricewaterhouseCoopers, D.C. No. 06-cv-2376-LKK, 9th Cir. No. 09-80059; and

2. All outstanding dates in this action are vacated, including the date for Plaintiff's motion for class certification, to be rescheduled, if and as necessary, once the appeal in the PricewaterhouseCoopers Action has been finally resolved.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/30/2009

Chief Judge Vaughn R Walker, USDC

IT IS SO ORDERED
Judge Vaughn R Walker

A/73088472.1/3303266-0000330895

2

[PROPOSED] ORDER STAYING ACTION PENDING RESOLUTION OF APPEAL BY NINTH CIRCUIT IN CAMPBELL V. PRICEWATERHOUSECOOPERS