IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHANTHA VANNALEE,                         No   C 07-6429 VRW

    Plaintiff,                            ORDER

    v

GRANT THORNTON, LLP,

    Defendant.
_____/

The parties have stipulated to a stay of the above-captioned matter pending the Ninth Circuit's resolution of <u>Campbell v PricewaterhouseCoopers, LLP</u>, 09-80059.  Doc #27.  Because <u>Campbell</u> involves issues that may bear on this matter, the parties' requested stay is GRANTED.  The clerk is directed administratively to close the file.  The parties may move to re-open the matter upon resolution of the common issues in <u>Campbell</u>.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge